**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 13-8018**

_____

BERTRAM NORMAN MCELHINEY, JR.,

             Plaintiff - Appellant,

      v.

ALVIN WILLIAM KELLER, JR., Secretary; ROBERT C. LEWIS,
Director of Prisons; TATE, Lieutenant; ALLEN, Lieutenant;
YELTON, Correctional Officer,

             Defendants - Appellees.

_____

Appeal from the United States District Court for the Western
District of North Carolina, at Asheville.  Robert J. Conrad,
Jr., District Judge.  (1:12-cv-00037-RJC)

_____

Submitted: April 24, 2014          Decided: April 28, 2014

_____

Before NIEMEYER, SHEDD, and FLOYD, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Bertram Norman McElhiney, Jr., Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Bertram Norman McElhiney, Jr., appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. McElhiney v. Keller, No. 1:12-cv-00037-RJC (W.D.N.C. Dec. 3, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

2